The next case for argument is 23-2380 In Re. Butler The next case for argument is 23-2380 In Re. Butler Good morning, Your Honors. May it please the Court, my name is Bennett Ford and I am here on behalf of the patent applicant appellate John Butler and Stahl. This invention pertains to a sterling silver alloy. It has silver, copper, palladium, and tin. And it has no remaining. There is explicit written description support for every affirmative limitation in this claim. You can see it at appendix page 29, also in the appendix at page 78. So the only question is whether or not the specification provides written description support for the negative limitation free of demand. But you understand the deficiency here, the problem the board was having, right? Honestly, no. I do not understand the problem the board had. But you don't think that there's nothing, is there anything in the specification that deals with what free from germanium deal does in this patent which is aimed at achieving certain softness things and other things? Is there any discussion, is there any way that a person skilled in the art would understand and appreciate what the relevance of being free of germanium achieves in this patent? I think the answer to that is yes. And the question is, what does it take in the specification to provide a reason to omit germanium? That's the standard in Centaurus. Does the specification provide a reason for one of skilled in the art to omit germanium? Now, if it had to be explicit, if you had to say omit germanium because, we wouldn't be here. The question is, does it have to be explicitly stated you should omit germanium? And I think it's long settled that you don't have to have explicit inherent support for a negative limitation. The question is, does the specification provide a reason one of ordinary skilled in the art should omit it? And in this case, I'm sorry, Your Honor, yes? As I understand it, you're arguing that the reason can be gleaned from the fact that there are disadvantages in one versus another with the alloy with germanium versus the alloy without germanium. That there are advantages and disadvantages and that gives a reason to justify the negative limitation. Was that your position? That is correct. There are three different ways that the specification supports the omission of germanium. The first is that it provides a description of a preferred embodiment. It clearly is free of germanium. The preferred embodiment, if you look at it, it's 100% listing. There's no gaps. There's no percentages. The preferred embodiment adds up to 100.005 actually. So it's a complete listing of the preferred alloy and there's no germanium in it. So there's no doubt. But your claim is not directed to the preferred embodiment. That's true, Your Honor. But there's no doubt that the inventor was in possession of an alloy that did not contain germanium when the application was filed. The question is, does the specification provide a reason why one of ordinary skill in the art would omit germanium? I think the answer to that is yes. I think that's the question you're asking. The first reason is because it lists this germanium-free alloy and it also lists a germanium-based alloy. It's an alternative. It is a different alloy for preventing corrosion. So you've got an example that has no germanium. You have another example that has germanium. And under ENFI, that is all that's required. I know you mentioned that in your argument before the Board, but it seemed to me that was an argument in passing and that your focus was advantage or disadvantage. Well, I think that it's both. I don't want to... It seemed to me the Board's decision was that you failed to establish a proper reason based on your argument that one has an advantage over the other because the two alloys are not exactly the same except for germanium. There are other differences. But the question's not are there other differences. The question is, is there a reason to omit germanium? And the second reason... I think the first is you've got alternatives and that's all that has to be disclosed. But the second reason is certainly stronger than that. It's that you have an alloy that contains germanium and it is compared to an alloy that does not contain germanium. And that's... I said it backwards. You have an alloy that does not contain germanium. It's compared to argentium and that's the alloy that does contain germanium. And it provides advantages. The alloy that is germanium-free has better corrosion resistance and it has better hardness. And that's a reason that one of ordinary skill in the art would omit germanium. I mean, the analogy that comes to my mind when I think about this is a reference recipe for a cake. If you've got a recipe that has... one has whole eggs and the other has just egg whites and the reported result is the one with just the egg whites rises better, well, that's a reason to omit the yolks. And that's what we're looking at here. We have a comparison, a direct comparison in the specification and there are... So, the comparison is at appendix 30. So, the improved alloy is the alloy that is set for in the right-hand column at appendix 29. And you'll see it does not contain germanium. And then alloy A is argentium. And the specification discloses that argentium includes silver. These are sterling... these are all sterling silvers. So, they're 92.5% silver. It includes copper and germanium. And then you can see that the improved alloy outperforms the germanium containing alloy in corrosion resistance. And it's much, much better from hardness. What do you... can you... that's what I'm not seeing. There are just too many numbers. I'm sorry. I'm not understanding. Is there any narrative in the specification that explains that? Do we have that? If you'll look at appendix page 25. Okay. So, corrosion resistance and hardness results are provided in figure three. As indicated, the improved alloy blank remains substantially unblemished. The improved alloy substantially outperforms traditional sterling. And comparable... How has this got to do with the absence of presence of germanium? Because the alloy A, as disclosed in the specification at appendix 29, is the alloy A. Appendix 23 is argentium. And it's a commercial alloy, and it was... Hold on. Let me find... where are you referring to in page... Appendix 23. Okay. The first argentium. Okay. Where does it say... At the... under example 2. 1, 2, 3, 4, 5 lines down. Yeah. 92.7% silver, 5.5% copper, 1.8% germanium. Okay. So that's what's being tested. Those are the test results that are being reported in figure three. Figure three, the L numbers closer to 100 is whiter. So you can see, if you compare the preferred embodiment alloy to alloy A, after the corrosion exposure, the improved embodiment... So are you saying that all of this proves that safety from germanium has a specific advantage here? I'm saying that one skilled in the yard will look at figure three and say, if I leave germanium out, I'm going to get better results. It's that simple. And that is a reason to omit germanium. It's not any more complicated than that. You've got an alloy that has no germanium, you have an alloy that has germanium, and they're one column apart in the test results. And that's a reason to omit germanium. There's nothing more is required. Okay. Why don't we hear from the government? I'm really sorry to hear about that. Good morning, your honors. May it please the court. Could you just start with this last point? Because I'm finding it difficult to follow. Sure, I will. If I could just to remind this court that the standard of review in this case is substantial evidence, and the substantial evidence in this case supports the board's findings with respect to lack of written descriptive support. And to this last point, looking at that chart that was having all the alloys listed, and what I hear my friend at the table say is that because of this testing against these other alloys, somehow that would reasonably convey to a person of Oregonian skill and the art that germanium, that an alloy that is free of germanium is somehow shown here, that they would know that that's the claim that it's advantageous. Right. I'm not sure why counsel would say that, but just looking at this chart, there are other alloys in here, alloys B, C, D, and E, that also lack germanium. The only alloy in this chart that has germanium is the alloy A. And even according to this chart, there are preferential results, so to speak, from those other alloys that don't have germanium. For example, alloy A, which has their germanium, is harder, so it has a more hardness than alloys B and C, which lack germanium. Also, B, D, and E, which do not have germanium, tarnish less than traditional A and C that have, I'm sorry, A has germanium and C doesn't, excuse me, but B, D, and E lack germanium. So there's a lot of things that could be going on here that have nothing to do with germanium. It could be the composition of other elements in there, whether it be the palladium or the copper. So no person of Oregonian skill and the art would look at this and reasonably say, oh yes, it's the germanium that is driving this. There's nothing here to do that. Okay, can I turn you to a kind of maybe a more legal question in terms of the status? It seems like you're saying, nobody is saying that he didn't have possession of an alloy free of germanium. Correct, Your Honor. So what more, you say, but he did not have possession of all of the germanium-free silver alloys encompassed by the claim? Yes, the claim is broader. The claim, so the thing that he is claiming, when you add up all the elements at the low end of the range, there's still 3% of what we don't know. And nothing in the specification says that it could not, would not, or should not be germanium. There's nothing that a person of Oregonian skill and the art reading this specification would say, oh yes, that claim there that has that 3% gap, that wouldn't have germanium. And so that's the point that we're trying to make. It's sort of two-fold. One, the claim is not the preferred embodiment, and therefore there's nothing telling someone. Because the percentages are all different. The percentages are different and the elements are different. I mean, there's, the claimed embodiment doesn't have tin, right? I'm sorry, we don't know what the tin is, and it doesn't have zinc. But the preferred alloy does. So they're just different. And so there's, even if you look at the preferred embodiment and say, okay, maybe someone would say, that's free of germanium, you wouldn't do that for what is actually claimed here. And that is what we're looking at. Whether or not the claimed invention, would it reasonably compare to a person of Oregonian skill, that the claimed invention was free of germanium at the time of the filing. Mr. Lateef, if you compare alloy A and the preferred alloy, alloy A has germanium. The Correct, Your Honor. So isn't that enough to support the argument that there are alternatives? There are some, there's one that has germanium, there's one that does not. I claim the one that does not. Right, but it's more than saying other alternatives. You have to say, is there a reason to exclude this thing that you want? Well, the reason to exclude is the fact that there are alternatives disclosed. So, you know, you disclose one alternative that has it, one alternative that doesn't have it. But you're And you claim the one that does not by asserting a negative limitation. Why is that a problem? Because based on the case law, if you're going to have a negative limitation, there are, you have to show something about reasonably conveying possession of that negative limitation. And the way to do that are through reasons to exclude. And there are several ways that you can do that. You could expressly say free of, you do not have to. There could be an inherency there where a person knows you would not have this particular element. But then the case law also says you would show disadvantages to having that element germanium, or you would show there's a distinction between the germanium. And just having it listed does not show those things. What about NFI? NFI shows alternatives. Yes. And the negative limitation said, well, I don't have three of the four alternatives. I only, I have, I have, my claim does not have those three. And that was sufficient. Well, there was, there were standards that were brought into the record in NFI that showed why they were distinct. There were figures in NFI that showed why those particular signals were distinct from the other signals. It was more than... But aren't these two alloys distinct? Well, there's no showing, right? That the thing that... Well, just to show the formulation is different. Isn't that enough? I'm sorry, Your Honor. I didn't hear that last part. Isn't it enough to just show that alloy A has a certain formulation and the preferred alloy has a different formulation that's distinct? Well, two answers to that. First, it's not enough in this case because the preferred alloy is not the claimed alloy. That's the first point. But assuming that that would be enough that they're not the same, it's not the claimed invention, you still need something to provide, adequately describe why you wouldn't have that particular element, like why you wouldn't have germanium. It's not enough to just say this has germanium and that doesn't have germanium. Someone reading the spec wouldn't have a reason to know, well, why wouldn't I use germanium? Especially, Your Honor, because... Wouldn't a person still in the arc just apply practical knowledge in that situation and say, we have an alloy A, we have germanium, but not in these. Maybe I should try these. We'll see if it's better or worse. I think the answer to both of your questions, Judge Litt and Judge Arena, is that that would work if everything else in those alloys were the same, but that's not the case here. If you look at my briefing on page 6, there's a chart that kind of breaks down what are the elements within each of these alloys. So even in the preferred alloy that you're talking about, in alloy A, a person at O'Neill School in the Arc could say, oh, is it, did it perform better because of the lack of germanium or is it because of the palladium? Alloy A, which has the germanium, has no palladium whatsoever. Could it have been the tin? There's no tin there. There's nothing here to reasonably convey to a person from O'Neill School in the Arc that it is the germanium that is driving why that was somehow better or worse. So that's the problem that we have here. But again, I just want to remind this Court, the bigger issue is that this preferred embodiment that we're spending time talking about is not the claimed invention. And that, just, you could full stop there and say, we don't even need to move on to this point about whether or not there are advantages or disadvantages. And if there are no... I have one question. Yes. I'm caught up in this chart.  So if we were going to look at this and say, again, forgetting your preferred embodiment argument, if we were just going to look at it and say, this one, the preferred alloy doesn't have it and alloy A does. So that shows it's free of that. The same could be said for all the other alloys because they're showing, all the other alloys show indium. Is there anything in this claim that deals with indium? No. Would we assume that a negative limitation, therefore, should be read into the claims because they're shown in those and not in preferred embodiment? Not based on this particular specification. I would say there would need to be more than that. My point about this whole thing is that you can't look at the makeup of these alloys and say, well, that's the reason. Someone would absolutely know. You need to adequately describe in some way that would reasonably convey to a person of ordinary skill in the art that you want to have this negative limitation free of whether it's indium or germanium. If there are no further questions, I yield my time. And I please ask that you affirm the board's decision. Thank you. The patent office's position here is just not squarable with ENFI. In ENFI, the excluded negative limitations were in a table. They're just different signals listed in a table. There's no other explanation with it. And that was the central holding of the ENFI decision, that providing alternatives without any explanation of advantages or disadvantages was sufficient. And that's what the government is saying is missing here, that there has to be some way that we would absolutely know that the germanium was what caused the advantage. And that's not the standard. The standard is not proof to a scientific certainty that germanium is what caused the presence or absence of germanium was what caused the advantage or disadvantage. The standard is, would one of ordinary skill in the art have a reason to exclude germanium looking at the specification? And you've got... Would you say the same about those other alloys that are in the other chart? Yes. That were used in the other alloys? Absolutely. So you should, that free of indium... If I had a claim for free of indium, I would say that that is supported. And to my mind, the government's position is that those other alloys, the comparison to these other things, somehow camouflages the comparison between the germanium and the... Doesn't your argument include the whole reason for a written extension to give notice to the public as to what this advantage consists of? No, sir. If you have to go to the specification and assume things... I don't think you have to assume anything here, Your Honor. You just have... Are you to be arguing that if it's not disclosed that you don't have to... You can assume that it's not a limitation? No, sir. My position is that if the limitation, the negative limitation here, free of germanium, if one of ordinary skill in the art would, reading the specification, have a reason to omit germanium, then that limitation is supported. That's it. There's nothing else there. But that is a specification-bound argument. There has to be a reason, a rationale in the specification for that. In this case, that rationale is, one, the disclosure of two different embodiments, and two, an advantage that one of those embodiments exhibits over the other. I want to say this because we haven't touched on it at all. The other thing that was presented below that the Board just poo-pooed was the fact that argentium is famous. Argentium is an absolutely famous alloy. And I bring that up because one of the arguments here is, well, all these other alloys, the comparison to these other alloys, would somehow camouflage the advantage that the preferred embodiment has relative to the germanium-based alloy. I think that's a mistake. The reason that it's wrong is because argentium is so well-known in the art. It's like Babe Ruth. When you make a comparison to something that's exceptionally well-known, that's going to focus the attention of the people of skill in the art reading this. So that comparison to argentium stands out. And that was the extrinsic evidence that was offered and disregarded. And it changes how you have to look at the comparison in chart three. Any other questions? Thank you. Thank you. Thank you.